```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 05 B 00059
    MARIA A REYES
    ANGEL M GARCIA                                CHAPTER 13

                                                  JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-3146    SSN XXX-XX-8933

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 01/03/2005 and was confirmed 02/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

     The case was dismissed after confirmation 08/21/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
CHASE HOME FINANCE LLC     CURRENT MORTG       .00            .00            .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE    1913.44           .00        1913.44
DELL FINANCIAL             SECURED           500.00         24.82         500.00
IL STATE DISBURSEMENT UN   PRIORITY          542.22           .00         542.22
AD FINANCIAL TRUST         UNSECURED       NOT FILED          .00            .00
AD FINANCIAL TRUST 2003    NOTICE ONLY     NOT FILED          .00            .00
FORD MOTOR CREDIT          UNSECURED       14730.07           .00        1306.28
FORD MOTOR CREDIT          NOTICE ONLY     NOT FILED          .00            .00
ILLINOIS DEPT OD REVENUE   UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO            NOTICE ONLY     NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED        2020.00           .00         179.14
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00            .00
US DEPT OF EDUCATION       UNSECURED        2751.53           .00         244.01
PEOPLES GAS LIGHT & COKE   UNSECURED        2006.77           .00         177.96
DELL FINANCIAL             UNSECURED         339.55           .00          19.78
SWEDISH COVENANT HOSPITA   UNSECURED       NOT FILED          .00            .00
WRIGHT COLLEGE             UNSECURED       NOT FILED          .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY      1,700.00                     1,700.00
TOM VAUGHN                 TRUSTEE                                         401.12
DEBTOR REFUND              REFUND                                           11.23

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              7,020.00

PRIORITY                                    542.22
SECURED                                   2,413.44
    INTEREST                                 24.82
UNSECURED                                 1,927.17
ADMINISTRATIVE                            1,700.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 00059 MARIA A REYES & ANGEL M GARCIA
```

```
TRUSTEE COMPENSATION                                            401.12
DEBTOR REFUND                                                    11.23
                                      ----------------    ----------------
TOTALS                                       7,020.00           7,020.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                     /s/ Tom Vaughn
   Dated: 11/20/08                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```